| PROB 22 (Rev. 2/88) | DOCKET NUMBER (Tran. Court) |
| --- | --- |
| **TRANSFER OF JURISDICTION** | 1:09CR00120 |
| | DOCKET NUMBER (Rec. Court) |
| | 3:12-00102-01 |

| NAME OF PROBATIONER: Cassie Marie Simpkins | DISTRICT Southern District of Ohio | DIVISION |
| --- | --- | --- |
| | NAME OF SENTENCING JUDGE The Honorable Michael R. Barrett United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM February 8, 2010 | TO February 7, 2013 |

OFFENSE
Marriage Fraud

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE "Southern District of Ohio"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer named above be transferred with the records of the Court to the United States District Court for the Middle District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_March 25, 2012_
Date

_Michael R. Barrett_
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Middle District of Tennessee

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer be accepted and assumed by this Court from and after the entry of this order.

_6-6-12_
Effective Date

_[signature]_
United States District Judge