IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA     )
                                         )
     v.                               )     NO. 3:12-00102
                                         )
CASSIE MARIE SIMPKINS     )

**O R D E R**

The Court accepted jurisdiction of this probationer from the Southern District of Ohio on June 6, 2012. The transfer was effected on July 12, 2012. <u>See</u> Docket Entries 1 and 2.

On September 11, 2012, the Court ordered a summons to issue for defendant's noncompliance with conditions of probation pursuant to a Petition from Probation. Docket Entries 3 and 4.

On October 16, 2012, Probation submitted a superseding Petition to the Court alleging three additional violations, including failure to appear on the summons on the original petition, and the Court ordered a warrant to issue. Docket Entries 5 and 6.

The defendant was arrested in the Southern District of Ohio and appeared before a Magistrate Judge there on October 29, 2012. The defendant was released on bond into the third party custody of her mother and sister.

On February 7, 2013, the Government filed a motion to set date for revocation hearing, asserting that counsel had been advised that defendant was arrested in the Southern District of Ohio in October 2012. No paperwork was transmitted to this District from the Southern District of Ohio pursuant to Federal Rule of Criminal Procedure 5(c)(4). The Southern District of Ohio was

contacted by the undersigned's courtroom deputy on April 3, 2013, requesting the paperwork be transferred, and on April 5, 2013, the Rule 5(c)(3) documents were received.

Inasmuch as the defendant has been arrested on the warrant, and has been placed on bond, the only proceeding before the Magistrate Judge at this point would be the consideration of appointment of counsel. A hearing is scheduled for that purpose on **Monday, April 29, 2013, at 2:00 p.m.** in Courtroom No. 764, U.S. Courthouse, Nashville, Tennessee.

If defendant has retained counsel to represent her in this case, then counsel shall immediately file a notice of appearance. Upon that filing the Court will advise Judge Sharp that the case is ready to set for a revocation hearing.

If defendant does not have retained counsel, then she can apply for court appointed counsel on April 29, 2013. If she wants to contact the office of the Federal Public Defender in advance, their number is 615-736-5047. However, unless otherwise ordered, the Defendant shall personally appear on April 29, 2013, at 2:00 p.m. and she is advised that her failure to appear will result in a warrant being issued for her arrest.

The Clerk of Court is directed to send a copy of this order to the defendant, and a separate copy to both third-party custodians, at the address listed on the Order Setting Conditions of Release, Docket Entry No. 10, p. 4. The Clerk is further directed to forward a copy of the order to the Federal Defender.

It is so ORDERED.

                                             _____

                                             JULIET GRIFFIN
                                             United States Magistrate Judge